THIRD DISTRICT.

E. Frank Post, plaintiff in error, v. The People of the State of Illinois, defendant in error. Gen. No. 8,661.

Opinion filed February 1, 1933.

F. R. Wiley, for plaintiff in error. John W. Evans, State's Attorney, for defendant in error; L. E. Stephenson, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.